IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JANETTE P. BOWEN,

    Plaintiff,

v.

RON FARRIS, et al.,

    Defendants.

CIVIL ACTION FILE

NUMBER 1:16-cv-799-TCB

## **O R D E R**

This case was recently transferred to the undersigned. There are eight pending motions, the most recent being a motion by Plaintiff Janette P. Bowen to voluntarily dismiss this action without prejudice. Only one Defendant—Michelle Donato—has responded to Bowen's motion. Donato does not oppose dismissal but argues that it should be with prejudice because "she should not face the threat of being erroneously named by Plaintiff in future litigation." However, "the mere prospect of a subsequent lawsuit" does not amount to "clear legal prejudice" that justifies a dismissal with prejudice. *McCants v. Ford Motor Co.*, 781 F.2d 855, 856-57 (11th Cir. 1986). As Defendants do not

stand to "lose any substantial right by the dismissal" without prejudice, *Pontenberg v. Boston Sci. Corp.*, 252 F.3d 1253, 1255 (11th Cir. 2001), the Court will dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Accordingly, Plaintiff's motion for voluntary dismissal [23] is granted, and all other pending motions [8, 9, 10, 11, 18, 19, 21] are denied as moot. This action is hereby dismissed without prejudice. The Clerk is directed to close this case.

IT IS SO ORDERED this 17th day of June, 2016.

_____
Timothy C. Batten, Sr.
United States District Judge